## STATEMENT OF FACTS

On March 15, 2025, at approximately 3:30 p.m., Metropolitan Police Department (MPD) officers were investigating a robbery at 4447 E Street, Southeast, Washington, D.C. While waiting for the detective to arrive, officers heard several loud sounds consistent with that of a gunshot.

Upon looking at where the noise was originating, officers saw Dewayne Keith Miles (DOB ▮▮▮▮) (hereinafter "the defendant") holding a firearm above his head with his arm bent, and firing a firearm in the air on a public street in front of 4691A Benning Road, S.E. Officers then began to approach the defendant who then ran and was seen fleeing into 4691A Benning Road, S.E., Washington, D.C. At the same time, other officers went over to the area where the defendant was observed firing a firearm and located thirteen 9 millimeter cartridge casings on the street. Upon further investigation, officers located a Smith & Wesson, SD9 handgun serial number DUX7114 along the curb near the 9 millimeter cartridge casings. The firearm was found a short distance away from the cartridge casings and was in the same area where the defendant was observed firing the handgun into the air.

When additional units arrived on scene, occupants of 4691A Benning Road, S.E. began leaving the house and were detained by officers. Upon hearing that the defendant was the only remaining occupant inside the location, officers began giving verbal commands for the defendant to come out with his hands up. The defendant ultimately exited the building and officers detained him. Officers then transported the defendant to the Sixth District Cell Block for processing. He was searched again at the cell block where it was discovered that the defendant was in possession of one live round of ammunition in his left front pocket. The make and type of ammunition was consistent with the 9 millimeter ammunition found at the scene of the shooting.

Smith and Wesson SD9 handgun with serial number DUX7114 contained a magazine, which was empty. Law enforcement did not observe any bullets in the chamber of the handgun. The magazine that was recovered had a capacity of 16. The firearm appeared to be fully functional, designed to expel a projectile by the action of an explosive, has a barrel length of less than 12 inches and is capable of being fired by use of a single hand. There are no firearms or ammunition distributors in the District of Columbia, therefore the firearm and ammunition must have traveled in interstate commerce. The MPD Corporate Support Bureau confirmed that the firearm was not registered in Washington, DC and the defendant was not licensed to carry a firearm. A records check revealed that the recovered firearm was reported stolen from Richmond City Police Department.

A review of the defendant's criminal history revealed that the defendant was sentenced to three years incarceration with all but one year suspended in Prince George's County in case number CT220736X for Wearing, Carrying, or Transporting a handgun loaded with ammunition. Therefore, at the time the defendant possessed the firearm, he had been convicted of a crime punishable by imprisonment of a term exceeding one year and had knowledge of that fact.

As such, your affiant submits that probable cause exists to charge Dewayne Keith MILES with a violation of 18 U.S.C. § 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.

_____
2613

OFFICER GRANT COLLINS, Badge No. 2613
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24th day of March, 2025*

_____

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE